■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL MIRAYES, Appellant. [725 NYS2d 880] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (F. Rivera, J.), rendered May 20, 1997, convicting him of manslaughter in the first degree, criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Williams,* 187 AD2d 547). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. Krausman, J. P., Florio, Feuerstein and Cozier, JJ., concur.